IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC THOMAS WRHEL,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                                     Case No. 15-cv-271-jdp

UNITED STATES OF AMERICA/DOJ,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 6/2/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |